IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TYRONE A JONES,

   Petitioner,

v.

GREGORY DOZIER
DEPARTMENT OF CORRECTIONS,

   Respondent.

CIVIL ACTION FILE
NO. 1:18-CV-1024-TWT

**ORDER**

This is a pro se habeas corpus action challenging the Defendant's 1995 burglary conviction. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action as a successive petition that was filed without obtaining the permission of the Court of Appeals. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 13 day of April, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\18\Jones\18cv1024\r&r.wpd